IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Everhome Mortgage Company, ) | C. A. 2:08-3225-PMD |
|        Plaintiff, ) | |
|     -versus- ) | |
| Kenneth Steinbronn; and ) Shannon Steinbronn, ) | |
|        Defendants. ) | |
| Shannon Steinbronn, ) | |
|    Third-Party Plaintiff, ) | |
|     -versus- ) | |
| Direct Fidelity Mortgage, ) LLC, NetBank, and the Federal ) Deposit Insurance Corporation ) as receiver for NetBank, ) | |
|    Third-Party Defendants. ) | |

**REPORT AND RECOMMENDATION**

Upon consent of the parties, it is recommended that the motion of the Federal Deposit Insurance Corporation to Dismiss (Doc. #8) be granted.

                                    Respectfully Submitted,

                                    Robert S. Carr
                                    United States Magistrate Judge

Charleston, South Carolina

November 25, 2008