IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Everhome Mortgage Company, ) | C.A. #2:08-3225-PMD |
|        Plaintiff, ) | |
|     vs. ) | ORDER |
| Kenneth Steinbronn; and Shannon Steinbronn, ) | |
|        Defendants. ) | |
| Shannon Steinbronn, ) | |
|        Third-Party Plaintiff, ) | |
|     vs. ) | |
| Direct Fidelity Mortgage, LLC, NetBank, and the Federal Deposit Insurance Corporation as receiver of NetBank, ) | |
|        Third-Party Defendants. ) | |

    It appearing that upon consent of the parties the motion of defendant Federal Deposit Insurance Corporation should be granted, now therefore, the court hereby adopts the Report and Recommendation of Magistrate Judge Carr [Doc. #14} and

    It is hereby **ordered** that the motion to dismiss of defendant Federal Deposit Insurance Corporation [Doc. #8] is **GRANTED**.

    **AND IT IS SO ORDERED.**

                                                     PATRICK MICHAEL DUFFY
                                                   United States District Judge

December 1, 2008
Charleston, South Carolina